IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:12CR3115 |
| V. | ) | |
| MARCUS KEYSER, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's unopposed motion to continue sentencing (filing 91) is denied. The defendant's request to file restricted document (filing 90) is granted.

DATED this 22nd day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge